

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00035-CV

**IN THE INTEREST OF E.J.V.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14089
Honorable Eric Rodriguez, Judge Presiding

**ORDER**

This appeal is DISMISSED. Costs of this appeal are assessed against appellant Hector Hugo Victorino-Arias.

It is so **ORDERED** on March 28, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court